UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DONALD KOCZUR,

    Plaintiff,

    v.

ROCK ISLAND RESOURCE COMPANY, INC., et al.,

    Defendants.

Case No. 3:21-CV-646 JD

## ORDER

On March 16, 2023, the parties filed a joint Stipulation to Dismiss (DE 32), agreeing to dismiss all claims with prejudice except those against Lakeside Laundry, Lakeside Cleaners, and Lakeside One-Hour Cleaners, which have not appeared in this action. Parties also agree to dismiss without prejudice the claims against Lakeside Laundry, Lakeside Cleaners, and Lakeside One-Hour Cleaners. Considering the joint nature of the stipulation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby DISMISSED. The claims against Lakeside Laundry, Lakeside Cleaners, and Lakeside One-Hour Cleaners are dismissed without prejudice. All other claims are dismissed with prejudice. The Clerk is DIRECTED to CLOSE this case.

    SO ORDERED.

    ENTERED: March 17, 2023

                                          /s/ JON E. DEGUILIO
                                          Chief Judge
                                          United States District Court